```
                                              USDC SDNY
                                              DOCUMENT
                                              ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                  DOC #:
SOUTHERN DISTRICT OF NEW YORK                 DATE FILED:   6/13/24
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                              :
UNITED STATES OF AMERICA
                                              :   CONSENT PRELIMINARY ORDER
                                                  OF FORFEITURE/
- v. -                                        :   MONEY JUDGMENT

                                              :   24 Cr. _383_ (MKV)
DAVID ELIGOOLA,
                                              :
          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

WHEREAS, on or about June ⌐3⌐2024, DAVID ELIGOOLA, (the "Defendant"),

was charged in an Information, 24 Cr. __ (MKV) (the "Information"), with conspiracy to commit

money laundering, in violation of Title 18, United States Code, Section 371 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the

Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code,

Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in

Count One of the Information, or any property traceable to such property, including but not limited

to a sum of money in United States currency representing the amount of property involved in the

offense charged in Count One of the Information;

WHEREAS, on or about June⌐3⌐, 2024 the Defendant pled guilty to Count One of

the Information, pursuant to a plea agreement with the Government, wherein the Defendant

admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit

to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money

equal to $176,000 in United States currency, representing property involved in the offense charged

in Count One of the Information:

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $176,000 in United States currency representing the property involved in the offense charged in Count One of the Information, for which the Defendant is jointly and severally liable with Yohanan Eligoola, charged in criminal complaint 24 Mag. 1517 (the "Co-conspirator"), to the extent a forfeiture money judgment is entered against the Co-conspirator in this case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offense charged in Count One of the Information cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Kevin Mead and Micah Fergenson, of counsel, and the Defendant and his counsel, Jill R. Shellow, Esq., that:

1.      As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $176,000 in United States currency (the "Money Judgment"), representing the property involved in the offense charged in Count One of the Information, for which the Defendant is jointly and severally liable with the Co-conspirator to the extent a forfeiture money judgment is entered against the Co-conspirator, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, DAVID ELIGOOLA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8.    The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:    /s/ Kevin Mead                                          6/13/2024
       KEVIN MEAD                                              DATE
       MICAH FERGENSON
       Assistant United States Attorneys
       26 Federal Plaza
       New York, NY 10007
       (212) 637-2211/2190


DAVID ELIGOOLA

By:                                                            13 June 2024
       DAVID ELIGOOLA                                          DATE


By:                                                            13 June 2024
       JILL R. SHELLOW, ESQ.                                   DATE
       Law Office of Jill R. Shellow
       Attorney for Defendant
       15 Chester Avenue
       White Plains, NY 10601


SO ORDERED:

                                                               6/13/24
HONORABLE MARY KAY VYSKOCIL                                    DATE
UNITED STATES DISTRICT JUDGE