# LAW OFFICES OF JILL R. SHELLOW PLLC

_____

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

October 14, 2024

**BY ECF AND EMAIL**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
VyskocilNYSDChambers@nysd.uscourts.gov

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 10/16/2024 |

**RE:**   *United States v. David Eligoola*, 24-cr-383 (MKV)

Dear Judge Vyskocil:

I represent David Eligoola.  Your Honor is scheduled to sentence Mr. Eligoola on October 28, 2024.  I am writing to request a one month adjournment of the sentencing date to a date convenient for the Court hopefully the first week in December with corresponding extensions of time for the parties to file their sentencing submissions.  The reason for the adjournment is that I am still receiving letters in Hebrew that need to be translated and included as part of our sentencing submission.  This is the first request for an adjournment.  I have consulted with AUSA Kevin Mead, and the Government consents to this request.

Thank you for your consideration.

GRANTED. Sentencing in this matter is HEREBY ADJOURNED to December 3rd at 11:30am.
SO ORDERED.

Respectfully submitted,

Jill R. Shellow
*Attorney for David Eligoola*

Date: 10/16/2024
New York, New York

Mary Kay Vyskocil
United States District Judge

cc:   AUSA Kevin Mead (by email and ECF)
      David Eligoola (by email)

Admitted:  NY, CT, DC