USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___1/8/2025___

# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911 (Telephone)
203.258.1463 (Mobile)

December 23, 2024

**BY ECF AND EMAIL**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
VyskocilNYSDChambers@nysd.uscourts.gov

      **RE:**    ***United States v. David Eligoola*, 24-cr-383 (MKV)**

Dear Judge Vyskocil:

      Your Honor sentenced my client, David Eligoola, on December 5, 2024 principally to time served and supervised release with conditions. I am writing to respectfully request that Your Honor: (1) Authorize the Probation Department to return Mr. Eligoola's passport to him; (2) Authorize the Clerk of Court to return to Mr. Eligoola the $25,000 cash that he paid to secure his bond; and (3) Release the two co-signers on Mr. Eligoola's bond. The Government consents to each of these requests.

      Thank you for your consideration.

      Respectfully submitted,

Jill R. Shellow
*Attorney for David Eligoola*

Admitted: NY, CT, DC

---

**Defendant's request is GRANTED, but is conditioned on him remaining in compliance with all the conditions of his supervised release, including the restrictions on travel.**

**SO ORDERED.**

Date: __1/8/2025__
New York, New York

Mary Kay Vyskocil
United States District Judge