USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2025

# LAW OFFICES OF JILL R. SHELLOW PLLC

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

January 31, 2025

**BY ECF AND EMAIL**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007
VyskocilNYSDChambers@nysd.uscourts.gov

      RE:    *United States v. David Eligoola*, 24-cr-383 (MKV)

Dear Judge Vyskocil:

      On January 8, 2025, Your Honor memo endorsed my December 23, 2024 request that the Clerk of Court release David Eligoola's cash bond in the above-referenced matter.  I learned today that the Clerk's Office requires specific language from Your Honor.  Accordingly, I respectfully request that Your Honor direct the Clerk's Office of the United States District Court for the Southern District of New York to disburse to David Eligoola the $25,000 cash bond currently held in the Court's registry.  The funds should be disbursed in the manner requested by Mr. Eligoola.  Your Honor's memo endorsement of this letter request is sufficient.  A formal Order is not required.

      Thank you for your consideration.

                        Respectfully submitted,

                        Jill R. Shellow
                        *Attorney for David Eligoola*

Admitted:  NY, CT, DC

**The Court respectfully directs the Clerk's Office of the United States District Court for the Southern District of New York to disburse to David Eligoola the $25,000 cash bond currently held in the Court's registry.  The funds should be disbursed in the manner requested by Mr. Eligoola. SO ORDERED.**

Date: 2/3/2025
New York, New York

Mary Kay Vyskocil
United States District Judge