USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA

    - v. -

DAVID ELIGOOLA,

    Defendant.

------------------------------------------------------------ x

PROPOSED REVISED CONSENT ORDER OF FORFEITURE/
<u>MONEY JUDGMENT</u>

24 Cr. 383 (MKV)

WHEREAS, on or about June 13, 2024, DAVID ELIGOOLA, (the "Defendant"), was charged in an Information, 24 Cr. 383 (MKV) (the "Information"), with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 371 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in Count One of the Information, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count One of the Information;

WHEREAS, on or about June 13, 2024 the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), a sum of money equal to $176,000 in United States currency, representing property involved in the offense charged in Count One of the Information;

WHEREAS, the Defendant consented to the entry of a money judgment in the amount of $176,000 in United States currency for which the Defendant was jointly and severally liable with Yohanan Eligoola, charged in 25 Cr. 180 (DEH) (the "Co-conspirator"), to the extent a forfeiture money judgment was entered against the Co-conspirator in this case;

WHEREAS, on June 13, 2024, this Court entered a Consent Preliminary Order of Forfeiture/Money Judgment (ECF #13) and made the Order part of the Judgment filed on December 5, 2024 (ECF #26); and

WHEREAS, on November 3, 2025, the parties jointly informed the Court that the amount of the Preliminary Order of Forfeiture/Money Judgment was in error and that the correct amount of the Order of Forfeiture/Money Judgment is $17,000;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney, Jay Clayton, United States Attorney, Assistant United States Attorneys Kevin Mead and Micah Fergenson, of counsel, and the Defendant and his counsel, Jill R. Shellow, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $17,000 in United States currency (the "Money Judgment"), representing the property involved in the offense charged in Count One of the Information, for which the Defendant is jointly and severally liable with the Co-conspirator to the extent a forfeiture money judgment is entered against the Co-conspirator, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, DAVID ELIGOOLA, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _/s/ Kevin Mead_____    11/2/2025
     KEVIN MEAD                                               DATE
     MICAH FERGENSON
     Assistant United States Attorneys
     26 Federal Plaza
     New York, NY 10007
     (212) 637-2211/2190

DAVID ELIGOOLA

By: _____    11/03/2025
     DAVID ELIGOOLA                                      DATE

By: _/s/ Jill R. Shellow_____    Nov. 3, 2025
     JILL R. SHELLOW, ESQ.                         DATE
     Law Office of Jill R. Shellow
     Attorney for Defendant
     15 Chester Avenue
     White Plains, NY 10601

SO ORDERED:

_____    11/3/2025
HONORABLE MARY KAY VYSKOCIL          DATE
UNITED STATES DISTRICT JUDGE

4